**Edward E. STROUPE, Jr.,**
**Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL**
**SECURITY, Defendant–**
**Appellee.**

No. 01–1389.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Edward E. Stroup, Jr., pro se. Margaret J. Krecke, Social Security Administration, Philadelphia, PA; Julie C. Dudley, Assistant United States Attorney, Roanoke, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

**210**

PER CURIAM.

Edward E. Stroupe, Jr., appeals the district court's order affirming the Commissioner's decision denying him Social Security benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stroupe v. Apfel,* No. CA–00–54–1 (W.D.Va. Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*